IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EVERETT JOHNSON,

    Petitioner,             No. CIV S-05-0385 DFL GGH P

    vs.

CLAUDE E. FINN,             <u>ORDER</u>

    Respondents.

_____/

On April 5, 2005, the court ordered the parties to file a joint scheduling statement within thirty days. On May 2, 2005, the parties filed a joint statement requesting until June 10, 2005, to file the joint scheduling statement.

Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before June 10, 2005.

DATED: 5/6/05

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

ggh:kj
john385.eot

1