IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EVERETT JOHNSON,

    Petitioner,                      No. CIV S-05-0385 DFL GGH P

    vs.

CLAUDE E. FINN, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        On June 10, 2005, the parties filed a joint scheduling statement. After reviewing the joint statement, the court makes the follow ORDERS:

        1. On or before July 15, 2005, petitioner shall file an amended petition; respondent's response shall be filed on or before August 15, 2005; petitioner's reply is due thirty days thereafter;

        2. All motions for discovery shall be filed by petitioner on or before August 15, 2005;

        3. Petitioner's partial motion for summary judgment shall be filed on or before September 29, 2005; the parties shall schedule the hearing of this motion in accordance with the

/////

/////

1

1  local rules; the court will schedule the date for the filing of petitioner's motion for an evidentiary
2  hearing, if appropriate, following resolution of the partial summary judgment motion.
3  DATED: 7/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
john385.ord