UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVERETT JOHNSON,<br>    Petitioner,<br><br>vs.<br><br>CLAUDE E. FINN<br>    Warden, Deuel Vocational Institution,<br>    Respondent. | No. CIV S-05-0385 DFL GGH P<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO FILE AMENDED PETITION ONE DAY LATE ON JULY 19, 2005** |

GOOD CAUSE APPEARING, and Respondent having no objection, Petitioner Robert Everett Johnson is granted one court day's expansion of time within which to file his amended petition for writ of habeas corpus, to and including July 19, 2005. Respondent shall have 30 days, to and including August 18, 2005, in which to file its responsive pleading.

Dated: 7/27/05     /s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

john385.eot07