MARGARET LITTLEFIELD, SBN 110938
LAW OFFICES OF MICHAEL SATRIS
Post Office Box 337
Bolinas, Calif. 94924
Tel: (415) 868-9209
Fax: (415) 868-2658
E-mail: satris@earthlink.net

Attorney for Petitioner Robert Everett Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVERETT JOHNSON,<br><br>Petitioner,<br><br>vs.<br><br>CLAUDE E. FINN<br>Warden of Deuel Vocational Institution,<br><br>Respondent. | No. CIV S-05-0385 DFL GGH P<br><br>**STIPULATED REQUEST [AND ORDER] TO EXTEND TIME FOR PETITIONER TO FILE HIS TRAVERSE TO THE RETURN ONE DAY LATE** (LR 6-144) |

DECLARATION OF COUNSEL IN SUPPORT OF STIPULATED REQUEST

I, Margaret Littlefield, declare under penalty of perjury of the laws of the State of California and of the United States:

1. I am the attorney for Petitioner ROBERT EVERETT JOHNSON, under appointment by this Court.

2. Respondent filed his answer to the amended petition on August 10, 2005. The Court issued an order on September 14, 2005, granting Johnson's request for an extension of time to and including September 26, 2005, to file the traverse.

appellant's opening brief in *Sass v. California Board of Prison Terms, et al.*, 376 F.Supp.2d (E.D.Cal. 2005). It took the legal secretary the full work day to process that brief, the excerpts of record, and motions for filing in that case, and she had to leave for a designated appointment so could not remain after work hours to accomplish the e-filing. We were therefore unable to finalize and e-file the traverse in Johnson's case, but can do so on September 27, 2005.

4. Johnson meanwhile remains incarcerated pursuant to the judgment challenged in this action, and he has every incentive to timely prosecute his petition.

Dated: September 27, 2005

/s/   Margaret Littlefield
MARGARET LITTLEFIELD

Accordingly, under the provisions of Civil Local Rules 6-144 COUNSEL FOR PETITIONER AND RESPONDENT HEREBY STIPULATE: The current due date for Petitioner to file his traverse to the return shall be extended to and including September 27, 2005.

//

//

Dated: September 27, 2005

/s/   Margaret Littlefield
MARGARET LITTLEFIELD
Counsel for Robert Johnson

Dated: September 27, 2005

/s/   Stephen P. Acquisto for

R. MICHAEL LLEWELLYN
Deputy Attorney General

Counsel for Respondent

IT IS SO ORDERED.

Dated: ~~September~~ Oct 3, 2005

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge