IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EVERETT JOHNSON,

    Petitioner,               No. CIV S-05-0385 DFL GGH P

    vs.

CLAUDE E. FINN, et al.,

    Respondents.          ORDER

_____/

      Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 5, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 In addition to the magistrate judge's analysis as to the fourth claim, the court notes that petitioner's claim that Governor Davis's decision violated his plea agreement is similar to his claim that the decision violated the Ex Post Facto Clause. Both claims lack merit under <u>Johnson v. Gomez</u>. 92 F.3d 964 (9th Cir. 1996). Petitioner's Eighth Amendment claim also fails. Petitioner claims that the sentence serves no penological purpose. However, one of the purposes of imprisonment is punishment. <u>See</u> Cal. Penal Code § 1170(a). Moreover, although petitioner has served many years in prison, the time he has served is not disproportionate to the horrific crime for which he has been imprisoned.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 5, 2006, are adopted; and,

2. The petition for habeas corpus is DENIED.

DATED: 9/29/2006

_____
DAVID F. LEVI
United States District Judge

2