IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EVERETT JOHNSON,

    Petitioner,                      No. CIV S-05-0385 JAM GGH P

    vs.

CLAUDE E. FINN, et. al.,              <u>ORDER</u>

    Respondent.

_____/

    On November 9, 2010, the United States Court of Appeals for the Ninth Circuit remanded this case on a limited basis and directed the district court to "set the conditions of petitioner's release so that he may be located and reincarcerated should the Supreme Court reverse the panel's judgment."

    Accordingly, IT IS HEREBY ORDERED that the parties shall appear before the undersigned on November 19, 2010 at 2:00 p.m. to fashion the conditions of petitioner's release.

DATED: November 12, 2010

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

1