UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT EVERETT JOHNSON,

        Plaintiff,                    No. CIV S-05-0385 DFL GGH P

vs.

CLAUDE E. FINN, et. al.
        Defendants.               **ORDER & WRIT OF HABEAS CORPUS**
_____/

        Robert Everett Johnson, inmate no. B88644, necessary and material to proceedings in this case, is confined in Avenal State Prison in the custody of James D. Hartley, Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus issue commanding the custodian to produce the inmate in Court, 13th floor, Courtroom #9, United States Courthouse, 501 I Street, Sacramento, California as soon as practicable, and in no event later than December 6, 2010, at 10 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus, under the seal of this court, commanding the Warden to produce the inmate named above in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus on the Out-To-Court Desk, Avenal State Prison - P.O. Box 8, Avenal, California 93024.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden/or Sheriff of name and address of institution:**

        **WE COMMAND** you to produce the inmate named above before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 22, 2010

                                              /s/ Gregory G. Hollows
                                              _____
                                              UNITED STATES MAGISTRATE JUDGE
                                              EASTERN DISTRICT OF CALIFORNIA