FILED
December 6, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:05CVV00385-JAM-GGH |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| ROBERT EVERETT JOHNSON, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ROBERT EVERETT JOHNSON , Case No. 2:05CVV00385-JAM-GGH  , Charge __ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of $\_\_

    \_\_   Unsecured Appearance Bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond with Surety

    \_\_   Corporate Surety Bail Bond

    ✔   (Other)   Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  December 6, 2010  at  11:08 am  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court