| | |
|---|---|
| MARGARET LITTLEFIELD | KAMALA D. HARRIS |
| State Bar Number 110938 | Attorney General of California |
| Law Offices of Michael Satris | JENNIFER A. NEILL |
| Post Office Box 337 | Acting Senior Assistant Attorney General |
| Bolinas, Calif. 94924 | MARIA G. CHAN |
| Tel:  (415) 868-9209 | Deputy Attorney General |
| Fax:  (415) 868-2658 | State Bar No. 192130 |
| Email: satris@sbcglobal.net | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| Attorneys for Petitioner | Sacramento, CA 94244-2550 |
| Robert Johnson | Telephone: (916) 323-1940 |
| | Fax: (916) 322-8288 |
| | Email: Maria.Chan@doj.ca.gov |
| | |
| | Attorneys for Respondent |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EVERETT JOHNSON,<br><br>          Petitioner,<br><br>     vs.<br><br>CLAUDE E. FINN,<br><br>          Respondent. | No. CIV S-05-0385 JAM GGH P<br><br>**STIPULATION AND [PROPOSED] ORDER FOR RELEASE OF PRE-TRIAL SERVICES' SUPERVISORY REPORT ON JOHNSON, AND FOR RELEASE OF TWO MENTAL HEALTH EVALUATIONS, TO THE CALIFORNIA BOARD OF PAROLE HEARINGS** |

//

//

//

1

Stipulation & proposed order for release of Pre-Trial Services'        *Johnson v. Finn*
Supervisory Report & two Mental Health Evaluations to the BPH     CIV S-05-0385 JAM GGH

1)     Whereas the Court on December 6, 2010, ordered petitioner ROBERT JOHNSON released from prison pursuant to conditions imposed by the Court, under the supervision of federal pretrial services, and Johnson since has been on such supervised release and;

2)     Whereas, on February 13, 2012, Johnson will appear before the California Board of Parole Hearings (Board) pursuant to its scheduling of a subsequent parole consideration hearing for him, to be held while he is under federal pretrial release services supervision and not in custody (NIC) and;

3)     Whereas the Board, in order to accurately assess Johnson's suitability for parole at the February 13, 2012 parole hearing, requires information regarding Johnson's performance and adaptation on supervised release from December 6, 2010, to the present, including his record of employment, housing, urine analyses, adjustment, Activity/Supervision Status Reports and the two mental health evaluations completed by the therapist Johnson is seeing through the federal pretrial services program and;

4)     Whereas the Court requires a "good cause" basis to allow federal pretrial services to provide the foregoing information to the Board;

5)     The parties agree that the above constitutes "good cause" and that the Court may order federal pretrial services to release to the Board a report of its supervision of Johnson from December 6, 2010, to the present, including Activity/Supervision Status Reports and the two mental health evaluations by Johnson's therapist.

Dated: January 12, 2012

        /s/    *Margaret Littlefield*
        MARGARET LITTLEFIELD
        Counsel for Robert Johnson

2

Stipulation & proposed order for release of Pre-Trial Services'    *Johnson v. Finn*
Supervisory Report & two Mental Health Evaluations to the BPH    CIV S-05-0385 JAM GGH

1
2        Dated: January 12, 2012
3                                          /s/     Maria G. Chan
4                                          MARIA G. CHAN
                                           Deputy Attorney General
5                                          Counsel for Respondent
6
7        **IT IS SO ORDERED.**
8
9        Dated: January 19, 2012
10
                                           /s/Gregory G. Hollows
11                                         GREGORY G. HOLLOWS
                                           United States Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3