1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  JENNIFER A. NEILL, State Bar No. 184697
   Senior Assistant Attorney General
3  JULIE A. MALONE, State Bar No. 209744
   Supervising Deputy Attorney General
4  MARIA G. CHAN, State Bar No. 192130
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6  Sacramento, CA 94244-2550
   Telephone:  (916) 323-1940
7  Fax:  (916) 322-8288
   E-mail:  Maria.Chan@doj.ca.gov
8  *Attorneys for Respondent*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14

   **ROBERT EVERETT JOHNSON,**          2:05-cv-0385-JAM-GGH-P
15
                          Petitioner,    **STIPULATION AND ORDER**
16                                       **TERMINATING FEDERAL PRETRIAL**
              v.                         **SERVICES SUPERVISION**
17

18  **CLAUDE E. FINN,**

19                          Respondent.

20

21                    **PROCEDURAL HISTORY**

22          Petitioner Robert E. Johnson filed a Petition for a Writ of Habeas Corpus challenging the

23  California courts' decisions upholding the Governor's 2001 decision finding him unsuitable for

24  parole.  (Clerk's Docket (CD) 1.)  On October 2, 2006, this Court denied the Petition and entered

25  judgment for Respondent.  (CD 47, 48.)  Johnson appealed.  (CD 49.)

26          On September 3, 2010, the Ninth Circuit Court of Appeals issued a memorandum decision

27  reversing this Court's order and judgment and remanding the matter to the district court with

28  instructions to grant the writ.  (CD 53.)  Respondent moved for an order staying the issuance of

                                        1

the mandate so that Respondent could file a petition for certiorari to the United States Supreme Court.  The Ninth Circuit granted the motion temporarily, but remanded the case to the district court to "set the conditions of the Appellant's release so that he may be located and reincarcerated should the Supreme Court reversed the panel's judgment."  (CD 60.)  This Court interpreted the Ninth Circuit's order to mean that Johnson was "to be released under federal supervision until such time as his federal habeas proceedings are completely put to rest."  (CD 66 at 3.)

The parties entered into stipulated conditions of parole that were approved by the Court, and under which Johnson was to be supervised by the Pretrial Services Agency.  The order releasing Johnson states that the conditions of release are in effect until either (1) respondent's fail to file a petition for cert. by the January 18, 2011 deadline; (2) the Supreme Court denies the writ; or (3) the Supreme Court issues a decision in this matter pursuant to a grant of certiorari.  (CD 66 at 4.)  Petitioner was released from Respondents' custody on December 6, 2010.  (CD 68.)  The Ninth Circuit issued its mandate on December 20, 2010.

On December 31, 2010, Respondent filed a Petition for a Writ of Certiorari in the United States Supreme Court.  This case was one of five cases which were consolidated into one Petition under case name *Cate v. Pirtle, et al.*, U.S. Supreme Court No. 10-868.  On June 13, 2011, the United States Supreme Court granted the petition for certiorari, vacated the Ninth Circuit's judgment, and remanded the case to the Ninth Circuit for further consideration in light of *Swarthout v. Cooke*, 131 S.Ct. 859 (2011) (per curiam).

On February 10, 2012, the Ninth Circuit affirmed the District Court's October 2, 2006 Judgment.  (CD 77.)  On March 5, 2012, the mandate was issued.  (CD 78.)  Respondent's appeal in this matter is now complete.

The California Board of Parole Hearings found Johnson suitable for parole on February 13, 2012.  That decision became final on June 4, 2012.  The California Department of Corrections and Rehabilitation, Division of Adult Parole Operations, has accepted and taken Johnson under its parole supervision.  Thus, supervision by the Federal Pretrial Services office is no longer necessary.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

It is hereby stipulated between the Petitioner Robert E. Johnson, through his attorney, Margaret Littlefield, and Respondent, through their attorney Deputy Attorney General Maria G. Chan, that supervision of Petitioner by the Federal Pretrial Services is no longer needed and should be terminated.

**IT IS SO STIPULATED.**

DATED:  September 5, 2012          _/s/ *Maria G. Chan*_____
                                   MARIA G. CHAN
                                   Deputy Attorney General
                                   Attorney for Respondent


DATED: September 5, 2012          /s/      *Margaret Littlefield*
                                   MARGARET LITTLEFIELD
                                   Attorney for Petitioner


**ORDER**


**IT IS SO ORDERED.**


DATED:  September 20, 2012     /s/ Gregory G. Hollows
                              _____
                                   GREGORY G. HOLLOWS
                                   United States Magistrate Judge


SA2005101932
31522768.doc

3